DAYTON BAR ASSOCIATION *v.* BART.

[Cite as *Dayton Bar Assn. v. Bart* (1998), 81 Ohio St.3d 1256.]
(No. 97–1747—Submitted and decided March 23, 1998.)

IT IS ORDERED by this court that David R. Bart, a.k.a. David Raymond Bart, be and hereby is, reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Dayton Bar Assn. v. Bart* (1997), 80 Ohio St.3d 538, 687 N.E.2d 681.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.